UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATERA, INC. , <br><br> Plaintiff(s), <br><br> v. <br><br> CAREDX, INC. , <br><br> Defendant(s). | Case No. 3:23-mc-80117 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**; ORDER <br> (CIVIL LOCAL RULE 11-3) |

I, Kevin J. DeJong, an active member in good standing of the bar of the State of Massachusetts, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Non-Party Eurofins Viracor, LLC in the above-entitled action. My local co-counsel in this case is Darryl M. Woo, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 100513.

Goodwin Procter LLP
100 Northern Avenue
Boston, Massachusetts 02210
MY ADDRESS OF RECORD

Goodwin Procter, LLP
Three Embarcadero Center, Suite 2800
San Francisco, CA 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(617) 570-1000
MY TELEPHONE # OF RECORD

(415) 733-6000
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

KDeJong@goodwinlaw.com
MY EMAIL ADDRESS OF RECORD

DWoo@goodwinlaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 675471.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 16, 2023

APPLICANT
Kevin J. DeJong

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Kevin J. DeJong is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 16, 2023

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**The Commonwealth of Massachusetts**
**SUPREME JUDICIAL COURT**
FOR SUFFOLK COUNTY
JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.SJCCOUNTYCLERK.COM

MAURA S. DOYLE
CLERK

CASE INFORMATION (617) 557-1100
FACSIMILE (617) 557-1117
ATTORNEY SERVICES (617) 557-1050
FACSIMILE (617) 557-1055

May 16, 2023

Attorney Kevin Jon DeJong
Pasqualina Fox-Mina
520 Broadway Suite 500
Santa Monica , CA  90401
pfoxmina@goodwinlaw.com

IN RE:	CERTIFICATE OF ADMISSION AND GOOD STANDING

Enclosed please find the Certificate of Admission and Good Standing for Commonwealth of Massachusetts Attorney **Kevin Jon DeJong .**  The certificate provides certification of the attorney's date of admission and current good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or should need further assistance, please do not hesitate to contact the Attorney Services Department at either sjccertsgs@sjc.state.ma.us or 617-557-1050.

Very truly yours,

MAURA S. DOYLE
Clerk
Supreme Judicial Court

MSD/   nmp
Clearance:  05.16.2023/05.15.023
Enclosures

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **December 1, 2009**, said Court being the highest Court of Record in said Commonwealth:

## Kevin Jon DeJong

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **sixteenth** day of **May** in the year of our Lord **two thousand and twenty-three.**



MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for the County of Suffolk.